■ BERNARD L. SCHWARTZ, Respondent-Appellant, v GERALD GUTERMAN et al., Appellants-Respondents. BERNARD L. SCHWARTZ, Respondent-Appellant, v CITY PARTNERS et al., Appellant-Respondent.—Order and intermediate judgment (one paper), Supreme Court, New York County (Louis Grossman, J.), entered on August 15, 1985, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Lynch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CASPER LASSITER, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on May 1, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Lynch, Milonas and Rosenberger, JJ.